# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALEXANDRIA MARIE WALKER,

                          Plaintiff,

v.                                                    Case No. 17-CV-1024-JPS

OFFICER HOCH and OFFICER
PATTEN,                                                       **ORDER**

                          Defendants.

---

Plaintiff, who is incarcerated at Taycheedah Correctional Institution, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that her civil rights were violated. (Docket #1). She has also filed a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docket #2). However, she did not include with her motion a copy of her prison trust account statement for the six-month period preceding the filing of the complaint, as required by Section 1915(a)(2).

As a result, on July 25, 2017, the Clerk of the Court sent Plaintiff a letter requesting that she submit her trust account statement within twenty-one days. (Docket #3). That deadline has passed but Plaintiff has filed nothing. In light of Plaintiff's failure to comply with the request from the Clerk of the Court, the Court would generally dismiss this action with prejudice for Plaintiff's failure to prosecute the same. *See* Civil L. R. 41(c). However, the Seventh Circuit commands that dismissal of a *pro se* litigant's case with prejudice should almost always be preceded by a warning. *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Thus, the Court issues this order as her warning: if Plaintiff does not submit her six-month trust account statement within (7) days of the date of this Order, this action will be dismissed without further notice.

Accordingly,

**IT IS ORDERED** that Plaintiff shall submit her six-month trust account statement as required by 28 U.S.C. § 1915(a)(2) within **seven (7) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 18th day of August, 2017.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge