# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALEXANDRIA MARIE WALKER,

                Plaintiff,

v.

OFFICER HOCH and OFFICER PATTEN,

                Defendants.

Case No. 17-CV-1024-JPS

**ORDER**

      Plaintiff, who is incarcerated at Taycheedah Correctional Institution, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that her civil rights were violated. (Docket #1). She has also filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docket #2). However, she did not include with her motion a copy of her prison trust account statement for the six-month period preceding the filing of the complaint, as required by Section 1915(a)(2).

      As a result, on July 25, 2017, the Clerk of the Court sent Plaintiff a letter requesting that she submit her trust account statement within twenty-one days. (Docket #3). That deadline passed but Plaintiff did not file her trust account statement. The Court afforded her seven more days to comply with this directive, warning her that failure to do so would result in dismissal of her case. (Docket #4); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006). Still she has not submitted the trust account statement or otherwise communicated with the Court in any fashion. Because she has not complied with the Court's August 18 order,

this action will be dismissed without prejudice for Plaintiff's failure to prosecute the same. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge